FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAJUANE A. ROBERSON, JR.,<br><br>               Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | NO: 2:20-CV-7-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Petitioner Lajuane A. Roberson, Jr., a prisoner at the Coyote Ridge Corrections Center, presented this *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on January 6, 2020, without an application to proceed *in forma pauperis* or payment of the $5.00 filing fee. ECF No. 1.

By Order filed April 3, 2020, the Court directed Petitioner to comply with Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts, by submitting a completed *in forma pauperis* application. ECF No. 3. In the alternative, Petitioner was advised that he could pay the full $5.00 filing fee. Petitioner was cautioned that his failure to do so would result in the dismissal of

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 1

this case. Petitioner has neither paid the filing fee nor sought *in forma pauperis* status.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee or *in forma pauperis* requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment, provide a copy to Petitioner at his last known address, and close the file. The Court certifies that any appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

**DATED** June 2, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE -- 2